UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DEONDRE JILES, | ) |
| Petitioner, | ) |
| v. | ) Case No. 4:06CV626 HEA |
| TROY STEELE, | ) |
| Respondent, | ) |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation, of Magistrate Judge Lewis M. Blanton that Petitioner's 28 U.S.C. § 2254 Petition be denied. Petitioner has not filed any objections to the Report and Recommendation within the proscribed given time.

After careful consideration, the Court will adopt and sustain the sound reasoning of Judge Blanton as set forth in his September 4, 2009 Report and Recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's 28 U.S.C. § 2254 Petition is denied.

A separate judgment in accordance with this Order is entered this same date.

Dated this 18th day of September, 2009.

_____
HENRY EDWARD AUTREY